### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**QUINCY BINNS**                                                    **PLAINTIFF**

**VS.**                    **CASE NO. 5:07CV00248 BSM/HLJ**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration**                                    **DEFENDANT**

### JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED,

ORDERED and ADJUDGED that the court hereby affirms the final determination of the

Commissioner and dismisses plaintiff's complaint with prejudice.

IT IS SO ADJUDGED this 5th day of March, 2009.


_____
UNITED STATES DISTRICT JUDGE